# United States Court of Appeals
**For The District of Columbia Circuit**

_____

| | |
|---|---|
| **No. 24-1120** | **September Term, 2024** |
| | EPA-89FR39798 |
| | **Filed On:** November 25, 2024 |

State of West Virginia, et al.,

      Petitioners

      v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Louisiana Public Service Commission, et al.,
      Intervenors
------------------------------

Consolidated with 24-1121, 24-1122,
24-1124, 24-1126, 24-1128, 24-1142,
24-1143, 24-1144, 24-1146, 24-1152,
24-1153, 24-1155, 24-1222, 24-1226,
24-1227, 24-1233

      **BEFORE:**    Srinivasan, Chief Judge, Rao and Garcia, Circuit Judges

## O R D E R

Upon consideration of the proposals regarding oral argument format, it is

**ORDERED** that the following format apply in these cases, which are scheduled for oral argument before this panel at 9:30 a.m. on Friday, December 6, 2024:

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1120**                                                    **September Term, 2024**

| Issue | Party | Time Allotted |
|---|---|---|
| I. 90% carbon capture and storage requirement | Petitioner Nat'l Rural Electric Coop. Ass'n | 25 minutes |
| | EPA and Respondent-Intervenors (up to two counsel) | 25 minutes, divided among themselves as they mutually deem appropriate |
| II. 40% natural gas co-firing requirement | Petitioner Electric Generators for a Sensible Transition | 10 minutes |
| | EPA and Respondent-Intervenors | 10 minutes, divided among themselves as they mutually deem appropriate |
| III. Remaining issues, including federalism and major-questions doctrine issues | Petitioner State of West Virginia | 10 minutes |
| | EPA and Respondent-Intervenors | 10 minutes, divided among themselves as they mutually deem appropriate |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1120**                                            **September Term, 2024**

     Argument will be conducted in the order listed.  In each part, petitioners should reserve time from their allotments for rebuttal.  Form 72 should be completed and submitted by December 2, 2024.

**<u>Per Curiam</u>**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)